In the Matter of RUTH JOANNA O.O., a Child Alleged to be Neglected. MELISSA O., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent.

Submitted August 21, 2017; decided September 5, 2017

Motion by Brooklyn Law School Disability and Civil Rights Clinic et al. for leave to file a letter brief amici curiae on the appeal herein granted and the proposed letter brief is accepted as filed. One copy of the brief must be served and an original and two copies filed within seven days.